UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARGO A. YOUNG, | : | Case No. 1:17-cv-344 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 14)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on February 6, 2018, submitted a Report and Recommendation. (Doc. 14). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, the parties' joint stipulation to remand (Doc. 13) is **GRANTED** and this matter is **REMANDED** back to the Commissioner for further consideration under sentence four of 42 U.S.C. § 405(g), in accordance with the parties' stipulation. The

Clerk shall enter judgment accordingly, whereupon this case is **CLOSED** in this Court.

    **IT IS SO ORDERED**.

Date: 5/18/18

*Timothy S. Black*
Timothy S. Black
United States District Judge